JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 13-08387-GW(JCx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION PURSUANT TO RULE 41(a)(2)** |
| $171,980.37 SEIZED FROM BRANCH BANKING AND TRUST ACCOUNT NUMBER XXXXXX9375, | |
| Defendant. | |
| ROSALINDA KRAMER, | |
| Claimant. | |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(2).

//

//

1

There was reasonable cause for the seizure of the defendant bank funds and the institution of this action as to said defendant. This order of dismissal shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: January 31, 2019

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Prepared by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Jonathan Galatzan*
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section